NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCELINO G. ESPIRITU,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3163

---

Petition for review of the Merit Systems Protection Board in case no. SF0831090974-I-1.

---

**ON MOTION**

---

**ORDER**

Marcelino G. Espiritu moves for leave to proceed in forma pauperis.

Espiritu's petition was dismissed on September 2, 2010 for failure to pay the fee and for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  The mandate will be recalled, the dismissal order will be vacated, and the case will be reinstated, if Espiritu files a completed Fed. Cir. R. 15(c) statement concerning discrimination (form enclosed) and a completed informal brief (form enclosed) within 30 days of the date of filing of this order.

FOR THE COURT

OCT 2 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marcelino G. Espiritu (Fed. Cir. R. 15(C) form and
     Informal Brief Form Enclosed)
     Russell J. Upton, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2010

JAN HORBALY
CLERK